Coleman A. STIGALL, III, Plaintiff—Appellant,

v.

Levester THOMPSON, Physician, Nottoway Correctional Center; Naseer Mobashar, Doctor, Buckingham Correctional Center, Defendants—Appellees.

No. 03–7714.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2004.

Decided: April 12, 2004.

Coleman A. Stigall, III, Appellant pro se.

Edward Joseph McNelis, III, John David McChesney, Rawls & McNelis, P.C., Richmond, Virginia, for Appellees.

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Coleman A. Stigall, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stigall v. Thompson*, No. CA–02–1281–7 (W.D.Va. Sept. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*